# United States District Court
## for the Southern District of Georgia
### Brunswick Division

QUENTIN MILLER,

   Plaintiff,

v.

Dr. GUNDERSON, and the
GLYNN COUNTY DETENTION
CENTER,

   Defendants.

CIVIL ACTION NO.: CV209-075

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendant Glynn County Detention Center are **dismissed** for failure to state a claim upon which relief may be granted.

**SO ORDERED**, this 17 day of August, 2009.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)